THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **JAVONTE ROBINSON,** | : |
| *Plaintiff,* | : **Case No: 1:23-cv-02961 (JDB)** |
| **v.** | : |
| **THE DISTRICT OF COLUMBIA,** *et at.* | : |
| *Defendants.* | : |

## PRAECIPE TO WITHDRAW PLAINTIFF'S MOTION FOR DEFAULT AGAINST DEFENDANT TAMARA MOONEY

Plaintiff respectfully requests that the clerk of the court withdraw Plaintiff's Motion for Default Against Defendant Tamara Mooney. Plaintiff hereby consents to the Defendants Tamara Mooney/the District of Columbia's opposition in this matter.

Date: October 24, 2023

Respectfully submitted,

*Tamara Jones*
Tamara Jones, Esq.
Bar # 1027938

*The Legal Courthouse*

The Legal Courthouse, PLLC
6218 Georgia Ave., NW #1-682
Washington, D.C. 20011
Phone: (202) 597-3740
Attorney@theLegalCourthouse.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the Courts ECF system on this 24th day of October 2023 to the following:

A Scott Bolden, Esq
Reed Smith LLP
1301 K St., N.W.
Suite 1000-East Tower
Washington, D.C. 20005-3373
Abolden@reedsmith.com

Amy M. Kerlin, Esq
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Akerlin@reedsmith.com

Counsels for Echelon Community Services-Kia's Place and Roxanne Murray

Karl A. Racine
Attorney General for the District of Columbia

Chad Copeland
Deputy Attorney General

Patricia A. Oxendine

Kerslyn Featherstone
Kerslyn.Featherstone@dc.gov

Laurielle Campbell
Laurielle.Campbell@dc.gov

Counsels for the District of Columbia


	/s/
Tamara Jones, Esq. Bar #1027938